UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SARA STEWART,               )
                            )
     Plaintiff,             )
                            )
          v.                )   NO. 3:08-0864
                            )   Judge Campbell/Bryant
SEPRACOR, INC.,             )   Jury Demand
                            )
     Defendant.             )
```

### REVISED CASE MANAGEMENT ORDER

Plaintiff has recently employed new counsel, and the Chief Judge has rescheduled the jury trial in this case for April 12, 2011 (Docket Entry No. 52).

The following **REVISED** pretrial deadlines shall govern the progression of this case toward trial:

Plaintiff shall disclose her expert witnesses and serve Rule 26 expert witness reports on or before **September 15, 2010**. Defendant shall disclose its experts and serve Rule 26 expert witness reports on or before **October 15, 2010**.

All discovery, including depositions of expert witnesses, shall be completed by **November 15, 2010**.

Any dispositive motion shall be filed on or before **November 29, 2010**. A response to a dispositive motion shall be filed within 28 days following the filing of the motion and, in any event, by **December 27, 2010**. A reply, limited to 5 pages, shall be filed 14 days after the filing of the response and, in any event, by **January 10, 2011**.

It is so **ORDERED**.

                                                  s/ John S. Bryant
                                                  JOHN S. BRYANT
                                                  United States Magistrate Judge